Rev - 09/12

# Middle District of Louisiana

**UNITED STATES OF AMERICA**

vs.

**Mandy Nicole Miller**

**Docket No.:** 23-42-SDD-SDJ

It is hereby ordered that Mandy Nicole Miller, the defendant, having been sentenced in the above case to the custody of the Attorney General, is hereby ordered to surrender to the Attorney General by reporting to the designated facility of the U. S. Bureau of Prisons before 2:00 p.m. on January 8, 2024.

_____     11/14/2023
Shelly D. Dick                                           Date
Chief U.S. District Judge

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be prosecuted for failing to appear, pursuant to 18 U.S.C. §3146, and be punished by imprisonment and fine.

_____     _____
Attorney/Witness                                   Defendant

USM - Certified